PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Charles Smalley             Cr.: 98-00137-001

Name of Sentencing Judicial Officer: The Honorable William H. Walls

Date of Original Sentence: 03/16/06

Original Offense: Conspiracy to Defraud the U.S. (Mail Fraud)

Original Sentence: 3 years Probation

Type of Supervision: Probation             Date Supervision Commenced: 03/16/06

### PETITIONING THE COURT

[ ]    To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]    To modify the conditions of supervision as follows. The addition of the following special condition:

The defendant shall make restitution in the amount of $204,650 in monthly payments of not less than $50.00.

### CAUSE

The U.S. Probation Office in the Eastern District of New York recently conducted a review of the offender's finances and determined that he cannot afford to pay more than $50.00 per month toward his restitution.

Respectfully submitted,

By: Edward J. Irwin
U.S. Probation Officer
Date: 08/13/07

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

21 August 2007
Date

PROB 49
(NYEP-10/28/05)

# United States District Court

### DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision: wing modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The remainder of the restitution shall be paid in installments of fifty ($50.00) dollars per month over the period of supervision to commence immediately.**

Witness: _____   Signed: X _____
         U.S. Probation Officer                Probationer or Supervised Releasee

         _____
                  Date